# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                     **SCHEDULING ORDER**

       -against-

                                         20 MJ 1761-1 (UA)

 Andre F. McGriff

               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 16 ,2020 at 2:30 p.m. before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 10, 2020
       White Plains, New York

                                              SO ORDERED:

                                              S/

                                              _____
                                              PAUL E. DAVISON
                                              United States Magistrate Judge