UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ANDRE McGRIFF

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

 -CR-    ( )( )
20mj1761

Defendant __Andre McGriff_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____  Initial Appearance Before a Judicial Officer

____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


__/s/ Andre McGriff_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Andre McGriff_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__10/26/2020_____
Date

__Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge